# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NAVID MAJEDI, Individually and on behalf of a class, | § § § |
| Plaintiff | § § Case No. 1:18-cv-08278 |
| vs. | § § |
| | § D.J. Hon. Sharon J. Coleman |
| RESURGENCE LEGAL GROUP, PC, RESURGENT CAPITAL SERVICES, LP, and CACH, LLC, | § M.J. Hon. Sheila M. Finnegan § § § |
| Defendants | § |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT RESURGENT CAPITAL SERVICES, LP

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, Defendant Resurgent Capital Services, LP hereby provides the following information: Resurgent Capital Services, LP is a Delaware limited partnership. Its owners are Resurgent Holdings, LLC and Alegis Group, LLC. None of those entities is publicly traded.

Date: February 8, 2019.

Respectfully submitted,

*/s/ Manuel H. Newburger*
Manuel H. Newburger, Esq.
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Telephone: (512) 649-4022
Facsimile: (512) 279-0310
mnewburger@bn-lawyers.com
Attorneys for Defendant
Resurgent Capital Services, LP

# CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement has been served through the Court's ECF system on the person(s) on the Service List below on this, the 8th day of February, 2019.

**/s/ Manuel H. Newburger**
Manuel H. Newburger

**SERVICE LIST:**

Mario Kris Kasalo
The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street
Suite 3100
Chicago, IL 60602
312-726-6160
Email: mario.kasalo@kasalolaw.com

Dara C Tarkowski
Actuate Law, LLC
641 W. Lake Street
5th Floor
Chicago, IL 60661
312 579-3108
Email: dara.tarkowski@actuatelaw.com

Martin T. Tully
Actuate Law LLC
641 W. Lake Street
5th Floor
Chicago, IL 60661
United Sta
(312) 579-3128
Email: martin.tully@actuatelaw.com